Christopher Kao (SBN 237716)
Brock S. Weber (SBN 261383)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Tel.:   415.983.1000
Fax:   415.983.1200
christopher.kao@pillsburylaw.com
brock.weber@pillsburylaw.com

Ammad Rafiqi (SBN 349127)
Winifred Kao (SBN 241473)
AAAJ – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA  94111
Tel: 415.375.1236
Fax: 415-896-1702
ammadr@advancingjustice-alc.org
winifredk@advancingjustice-alc.org

Derek M. Mayor (SBN 307171)
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Tel.: 916.329.4700
Fax: 916.441.3583
derek.mayor@pillsburylaw.com

Attorneys for Plaintiff S.S.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>NUZHAT ALI, an individual;<br>WAHAB FALAK, an individual;<br>VEENA FALAK, an individual;<br>ALEENA FALAK, an individual;<br>RUKHSAR ALI, an individual;<br>KHUBAIB FALAK, an individual;<br>and DOES 1-10, INCLUSIVE,<br><br>                          Defendants. | Case No. 3:23-cv-5074<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Date:<br>Time:<br>Dept:<br>Judge: |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff S.S. ("Plaintiff") hereby moves for administrative relief to file, under seal, the Declaration of S.S. in support of Plaintiff's Administrative Motion to Proceed Under Pseudonym (the "Motion").  Plaintiff files this Motion at the outset of her lawsuit in which she seeks justice and civil damages from her former mother-in-law, ex-husband, and their family, who successfully lured Plaintiff to the United States through an arranged marriage that turned out to be a sham.

This Motion is filed for the purpose of protecting Plaintiff from reputational harm, such as reduced social standing and economic opportunities, alienation and shunning in Plaintiff's Pakistani-American community, some of whom consider divorce and any outing of abuses by other community members, to be taboo, particularly intimate abuses like those addressed in this case. *See* Declaration of Derek Mayor in Support of this Motion, Exh. 1 (S.S. Declaration ¶ 30). Plaintiff is also fearful of reputational harm and shunning that may be inflicted on her family in Pakistan. *See id*.  This Motion is supported by the Declaration of Derek Mayor.

Accordingly, Plaintiff submits this motion to seal.

Dated:  October 3, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/S/ CHRISTOPHER KAO*

By:  CHRISTOPHER KAO
BROCK S. WEBER
DEREK M. MAYOR

AAAJ – ASIAN LAW CAUCUS
WINIFRED KAO
AMMAD RAFIQI

Attorneys for Plaintiff S.S.