| | |
|---|---|
| Christopher Kao (SBN 237716) <br> Brock S. Weber (SBN 261383) <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> Four Embarcadero Center, 22nd Floor <br> San Francisco, CA  94111 <br> Tel.:   415.983.1000 <br> Fax:   415.983.1200 <br> christopher.kao@pillsburylaw.com <br> brock.weber@pillsburylaw.com | Ammad Rafiqi (SBN 349127) <br> Winifred Kao (SBN 241473) <br> AAAJ – ASIAN LAW CAUCUS <br> 55 Columbus Avenue <br> San Francisco, CA  94111 <br> Tel: 415.375.1236 <br> Fax: 415-896-1702 <br> ammadr@advancingjustice-alc.org <br> winifredk@advancingjustice-alc.org |

Derek M. Mayor (SBN 307171)
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
Tel.: 916.329.4700
Fax: 916.441.3583
derek.mayor@pillsburylaw.com

Attorneys for Plaintiff S.S.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S., an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NUZHAT ALI, an individual; <br> WAHAB FALAK, an individual; <br> VEENA FALAK, an individual; <br> ALEENA FALAK, an individual; <br> ALI RUKHSAR, an individual; <br> KHUBAIB FALAK, an individual; <br> and DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. 3:23-cv-5074 <br><br> **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DECLARATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM** <br><br> Date: <br> Time: <br> Dept: <br> Judge: |

Having reviewed Plaintiff's Administrative Motion to Seal Declaration in Support of Plaintiff's Administrative Motion to Proceed Under Pseudonym and the supporting declaration, this Court ORDERS that:

The DECLARATION OF S. S. IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM be sealed.

**IT IS SO ORDERED.**

Dated:   November 17, 2023

