UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S. S.,

        Plaintiff,

  v.

NUZHAT ALI, et al.,

        Defendants.

Case No. 23-cv-05074-JSC

**PRETRIAL ORDER NO. 2: DISCOVERY LIMITATIONS AND CASE SCHEDULE MODIFICATION**

Re: Dkt. No. 61

Upon review of the joint case management conference statement (Dkt. No. 61), the Court continues the June 20, 2024 further case management conference to August 22, 2024 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. As set forth in Docket No. 61, the Court orders as follows:

1. Each side may serve a total of 25 interrogatories, and Defendants as a group are considered a "side."
2. Defendants must coordinate regarding Plaintiff's deposition, and the total amount of time for Defendants as a group to depose Plaintiff is seven hours.
3. Each side is limited to seven hours of deposition per expert per report.
4. The deadline to move/stipulate to amend pleadings is extended to August 16, 2024.
5. The fact discovery cut-off is extended to September 13, 2024.

**IT IS SO ORDERED.**

Dated: June 17, 2024

JACQUELINE SCOTT CORLEY
United States District Judge