UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. S.,<br><br>           Plaintiff,<br><br>   v.<br><br>NUZHAT ALI, et al.,<br><br>           Defendants. | Case No. 23-cv-05074-JSC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW COUNSEL**<br><br>Re: Dkt. No. 68 |

Pending before the Court is Defendants' motion for an order relieving their attorney, Seth W. Wiener, as counsel. (Dkt. No. 68.) Defendants state "Mr. Wiener has competently represented [them] since the inception of this action" and seek to "represent themselves in *propria persona* as they are unable to continue to pay for legal services rendered." (*Id.*) The Court GRANTS Defendants' motion on two conditions. First, Mr. Wiener must assist Defendants with the ECF registration process to ensure each Defendant can sign and file documents electronically. Second, after conferring with Plaintiff's counsel regarding documents designated as "Attorneys' Eyes Only," Mr. Wiener must provide Defendants with the case files by September 11, 2024.

The Court vacates the September 20, 2024 deadline for filing a joint discovery letter. The Court will hold a further case management conference on October 10, 2024 at 1:30 p.m. via Zoom video. Each Defendant must individually appear by video at the October 10 conference and may not be represented by a co-defendant. On or before October 8, 2024, Plaintiff may file a case management conference statement updating the Court on the status of the case. Defendants may file a separate statement if they wish.

//

//

This Order disposes of Dkt. No. 68.

**IT IS SO ORDERED.**

Dated: September 5, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge